⬙ PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 7 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | William Troy Tomblin | Docket No. | 2:11CR00012-002 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant William Troy Tomblin who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 4th day of February 2011 under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** William Troy Tomblin is considered in violation of his pretrial release conditions by being arrested for delivery of methamphetamine by the Coeur d'Alene Police Department on May 25, 2011.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/27/2011

by   s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

05-27-2011

Date